## THE CASTILLO BELLVER.

### Nos. 8558, 8559.

Circuit Court of Appeals, Third Circuit.

Submitted June 19, 1944.

Decided June 19, 1944.

John B. Shaw, of Philadelphia, Pa. (Krusen, Evans & Shaw, of Philadelphia, Pa., on the brief), for appellant.

George M. Brodhead, Jr., of Philadelphia, Pa. (Rawle & Henderson, of Philadelphia, Pa., Mark W. Maclay, of New York City, and J. M. Richardson Lyeth and Joseph W. Henderson, both of Philadelphia, Pa., on the brief), for appellees.

Before BRATTON, JONES, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is reversed for want of jurisdiction and the causes remanded to the District Court with directions to dismiss the libels herein.

Owing to the fact that matters dispositive of these appeals were not made to appear of record until the appeals were perfected and briefs printed, the costs of the appeals shall be assessed against the appellant.